## LADNER *v.* UNITED STATES.

No. 41.   Argued November 19, 1957.—Decided January 6, 1958.

*Harold Rosenwald,* acting under appointment by the Court, 352 U. S. 959, argued the cause and filed a brief for petitioner.

*Leonard B. Sand* argued the cause for the United States. On the brief were *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Beatrice Rosenberg* and *Julia P. Cooper.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.